# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Criminal Action No. 4:19-CR-265 (2) |
| v. | § | (Judge Jordan/Judge Nowak) |
| | § | |
| STEVEN THOMAS MATHIS | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 9, 2020, the report of the Magistrate Judge (Dkt. #61) was entered, containing proposed findings of fact and recommendations that Defendant Steven Thomas Mathis's Motion for Pre-trial Hearing to Determine Admissibility of Co-conspirator's Statements (Dkt. #43) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Steven Thomas Mathis's Motion for Pre-trial Hearing to Determine Admissibility of Co-conspirator's Statements (Dkt. #43) is **DENIED**.

**So ORDERED and SIGNED this 28th day of April, 2020.**

_____

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE