UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:19-CR-265-2 |
| | § | |
| STEVEN THOMAS MATHIS | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge, this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 3, 2020, the report of the Magistrate Judge, (Dkt. #90), was entered containing proposed findings of fact and recommendations that Defendant Steven Thomas Mathis's Motion to Dismiss the Indictment or, In the Alternative, For A Bill of Particulars, (Dkt. #79), be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's report should be adopted.

It is therefore **ORDERED** that Defendant Steven Thomas Mathis's Motion to Dismiss the Indictment or, In the Alternative, For A Bill of Particulars, (Dkt. #79), is **DENIED**.

So ORDERED and SIGNED this 17th day of December, 2020.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

- 1 -